IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DORIAN J. FRANCIS, Reg. #27103-034                                              PETITIONER

v.                                  No. 2:14CV00028-JLH-JJV

UNITED STATES OF AMERICA                                                        RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Dorian J. Francis's petition is DISMISSED without prejudice. Document #1. The requested relief is denied and any pending motions are denied as moot.

DATED this 29th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE