### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

DORIAN J. FRANCIS, Reg. #27103-034                                             PETITIONER

v.                                      No. 2:14CV00028-JLH-JJV

UNITED STATES OF AMERICA                                                       RESPONDENT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 29th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE