IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DORIAN J. FRANCIS, Reg. #27103-034                                                         PETITIONER

v.                                  No. 2:14CV00028-JLH-JJV

UNITED STATES OF AMERICA                                                                   RESPONDENT

## AMENDED JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. No certificate of appealability will be issued.

SO ORDERED this 18th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE